DYE *v.* NAPIER, executor, and *vice versa.*

FISH, J.    The evidence upon the trial in the justices court, while conflicting, authorized the verdict rendered by the jury; there was no material error in any of the rulings of the magistrate complained of, and the superior court did not err in overruling the certiorari.

*Judgment on main. bill of exceptions affirmed ; cross-bill dismissed.    By five Justices.*

Argued March 17,—Decided April 7, 1903.

Certiorari.    Before Judge Felton.    Bibb superior court.    February 18, 1902.

*Glawson & Fowler*, for Dye.

*A. L. Dasher* and *B. J. Dasher*, contra.